**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x  Civil Action No.: CV-04-3595 (JG)(MDG)
UNITED STATES OF AMERICA, §
§
           Plaintiff, §
- against- §
§
OSCAR M. LOPEZ, §
§
           Defendant. §
---------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 26 2005 ★
BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Oscar M. Lopez failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Oscar M. Lopez:

**Claim No. C-108941W**

| | |
|---|---|
| Principal Balance: | $5,631.35 |
| Total Interest Accrued at 8.250%: | $1,261.57 |
| Filing and Service of Process: | $210.00 |
| Subtotal: | $7,102.92 |
| Attorney's Fees: | $1,420.58 |
| Total Owed: | $8,523.50 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

9-20    , 2005

s/John Gleeson
_____
John Gleeson
United States District Judge